UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

STEVEN JOHN OLAUSEN,

    Plaintiff,

vs.

SGT. MURGUIA, *et al.*,

    Defendants.

Case No. 3:13-CV-00388-MMD-VPC

**ORDER**

    Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis. On October 7, 2013, the Court entered an order screening the complaint. (Dkt. no. 3). The screening order imposed a 90-day stay in which the parties were directed to file no pleadings or papers. (Dkt. no. 3, at p. 6). By separate order, the parties were encouraged to engage in informal settlement discussions during the 90-day stay. (Dkt. no. 6).

    On December 30, 2013, plaintiff submitted a motion for a temporary restraining order and preliminary injunction. (Dkt. nos. 8 & 9). Plaintiff further filed a motion for the appointment of counsel. (Dkt. no. 10). Finally, plaintiff filed a motion for collateral estoppel (dkt. no. 13) and a motion to stay (dkt. no. 14). Plaintiff filed these motions in contravention of this Court's order directing the parties to file no pleadings or papers during the 90-day stay. Because plaintiff's filings are contrary to this Court's order that no pleadings or papers are to be filed during the stay, the documents will be stricken.

IT IS THEREFORE ORDERED that the documents filed at dkt. nos. 8, 9, 10, 13, and 14 are HEREBY STRICKEN from the record. Plaintiff may file appropriate motions once the stay in this action is lifted.

Dated this 8th day of January, 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE