# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN OLAUSEN, | ) | 3:13-CV-0388-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 24, 2014 |
| | ) | |
| SGT. MURGUIA, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for offense collateral estoppel issue preclusion, and motion to stay pending decision (#19/20).  Defendants opposed the motions (#25), and plaintiff replied (#35).  It appears that plaintiff is seeking to have the Office of the Attorney General either estopped from defending the case, or is stating the Attorney General is conflicted from representing the defendants in this matter.  Both arguments are without merit and the motion (#19) is **DENIED**.  The motion to stay (#20) is also **DENIED**.

Plaintiff has also filed a motion to compel discovery (#23).  Defendants opposed the motion (#27), and plaintiff replied (#36).  Plaintiff's motion to compel discovery (#23) is **DENIED**.  A scheduling order has not yet been issued in this case, and plaintiff has not propounded any discovery.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
        Deputy Clerk