# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN STEVEN OLAUSEN, | ) | 3:13-CV-0388-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 29, 2014 |
| SGT. MURGUIA, et al., | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to stay pending appeal or for reconsideration (#41) is **DENIED**. On May 15, 2014, plaintiff's appeal was dismissed by the Ninth Circuit Court of Appeals for lack of jurisdiction (#53). Therefore, a stay is not warranted, and reconsideration of the court's March 24, 2014 order #39 is also **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
       Deputy Clerk