**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHN S. OLAUSEN, | ) | 3:13-CV-0388-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 7, 2015 |
| | ) | |
| SGT. MURGUIA, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a motion for leave to amend complaint (#73) and a corrected proposed first amended complaint (#93).  Defendants shall have to and including **Friday, January 16, 2015** to file a response or notice of non-opposition to the proposed first amended complaint.

The court finds that plaintiff's motion for partial summary judgment (#48) is now **MOOT** in light of the court's order #65 and the pending request to amend the complaint.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk