**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHN STEVEN OLAUSEN, | ) | 3:13-CV-0388-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 21, 2016 |
| | ) | |
| EUGENE MURGIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:            LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a partial motion for summary judgment that is seventy-five pages of written text together with an eight-page table of contents. Pursuant to Local Rule 7-3(a), motions for summary judgment are limited to thirty pages excluding exhibits. Therefore, plaintiff's motion for partial summary judgment (ECF No. 145) is hereby **STRICKEN.**

Plaintiff shall have until **Friday, July 15, 2016** to refile his motion for partial summary judgment that is no longer than thirty pages pursuant to Local Rule 7-3(a). Plaintiff need not refile his exhibits. On or before **Friday, July 29, 2016** defendants may either withdraw their opposition and cross-motion and refile another document or file a notice to the court stating that they wish the opposition and cross-motion to stand. Thereafter, plaintiff shall have until **Friday, August 12, 2016** to file an opposition to the cross-motion and reply in support of his motion. This document is limited to twenty pages pursuant to Local Rule 7-3(a).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
        Deputy Clerk