**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHN STEVEN OLAUSEN, | ) | 3:13-CV-0388-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 11, 2016 |
| | ) | |
| EUGENE MURGIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Plaintiff filed a partial motion for summary judgment that was seventy-five pages of written text together with an eight-page table of contents (ECF No. 145). Pursuant to Local Rule 7-3(a), motions for summary judgment are limited to thirty pages excluding exhibits. Therefore, plaintiff's motion for partial summary judgment (ECF No. 145) was stricken by the court's order (ECF No. 156). Plaintiff was granted an extension of time to July 15, 2016 to refile a motion for partial summary judgment that is no longer than thirty pages. *Id.*

      Rather than do as the court ordered and shorten his motion to thirty pages or less, plaintiff merely split his motion into two separate motions for partial summary judgment. Plaintiff may not file two motions in an attempt to circumvent the Local Rules. Both of plaintiff's motions for partial summary judgment (ECF Nos. 157 &158) are hereby **STRICKEN**.

      Plaintiff shall have one final opportunity to **Wednesday, July 20, 2016** to file a motion for summary judgment that is thirty pages or less pursuant to LR 7-3(a). If plaintiff fails to file a motion that is under thirty pages in length, he will be precluded from filing a dispositive motion as untimely. The court acknowledges that plaintiff has filed an objection to its order (ECF No. 159); however, this does not stay plaintiff's obligation to timely follow the court's orders.

On or before **Friday, July 29, 2016** defendants may either withdraw their opposition and cross-motion and refile another document or file a notice to the court stating that they wish the opposition and cross-motion to stand.  Thereafter, plaintiff shall have until **Friday, August 12, 2016** to file an opposition to the cross-motion and reply in support of his motion.  This document is limited to twenty pages pursuant to Local Rule 7-3(a).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
              Deputy Clerk