# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN STEVEN OLAUSEN, | ) | 3:13-CV-0388-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 22, 2016 |
| EUGENE MURGIA, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's emergency motions to stay (ECF No 161) and to exceed page limit (ECF No. 162) are **DENIED as moot** in light of the District Court's order overruling plaintiff's objections (ECF No. 166).

   **IT IS SO ORDERED.**

                                                          LANCE S. WILSON, CLERK

                                                          By:          /s/
                                                               Deputy Clerk