AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF    NEVADA

STEVEN JOHN OLAUSEN,

    Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                  CASE NUMBER:   **3:13-cv-00388-MMD-VPC**

SGT. MURGUIA, et al.

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for partial summary judgment (ECF No. [165]) and motion to dismiss Defendants' cross-motion (ECF No. [174]) are **denied.**

    **IT IS FURTHER ORDERED** that Defendants' cross motion for summary judgment (ECF No. [149]) is **granted.**

  March 8, 2017                                 **DEBRA K. KEMPI**
                                                        Clerk

                                                /s/ D. R. Morgan
                                                  Deputy Clerk